IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Finley, Melva | Case Number: 06 B 03293 |
| | Judge: Hollis, Pamela S |
| Printed: 3/25/08 | Filed: 3/29/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed - No Disch:   February 28, 2008
Confirmed:   July 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,720.00 | |
| Secured: | | 2,439.20 |
| Unsecured: | | 3,226.08 |
| Priority: | | 0.00 |
| Administrative: | | 1,500.00 |
| Trustee Fee: | | 391.11 |
| Other Funds: | | 5,163.61 |
| Totals: | 12,720.00 | 12,720.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nicole G Lawson | Administrative | 1,500.00 | 1,500.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 8,930.94 | 2,439.20 |
| 4. | ECast Settlement Corp | Unsecured | 157.93 | 1,579.29 |
| 5. | Capital One | Unsecured | 68.30 | 682.97 |
| 6. | Capital One | Unsecured | 96.38 | 963.82 |
| 7. | Park Dansan | Unsecured | | No Claim Filed |
| 8. | Merrick Bank | Unsecured | | No Claim Filed |
| 9. | West Asset Management | Unsecured | | No Claim Filed |
| 10. | State Collection Service | Unsecured | | No Claim Filed |
| 11. | ECast Settlement Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 10,753.55 | $ 7,165.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 82.50 |
| 4.8% | 82.69 |
| 5.4% | 225.92 |
| | _____ |
| | $ 391.11 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Finley, Melva

Printed: 3/25/08

Case Number: 06 B 03293
Judge: Hollis, Pamela S
Filed: 3/29/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

